# EXHIBIT A

HATTERASINVESTMENTPARTNERS.COM / T: 919.846.2324 / F: 919.846.3433
8510 COLONNADE CENTER DRIVE / SUITE 150 / RALEIGH, NC 27615 – 3050

# Hatteras Core Alternatives Funds
# Plan of Liquidation

Frequently Asked Questions

**Overview**

The Hatteras Core Alternatives Fund became a pioneer in the alternative investment space by designing a complete alternative investment solution for qualified clients in a registered fund format. The Fund provides investors with a diversified exposure to Private Investments for potential return enhancement and is complemented by Hedged Investments for potential volatility and risk mitigation.

For a number of years, we have experienced a large number of investors who want to tender their investment in the Fund. At the same time, we've experienced an equal number of investors who want to stay in the Fund. As the old saying goes, "If you want to make everyone unhappy, just try to make everyone happy." We want to help the investors who want out, get out. And we want to help those who want in, stay in.

At the same time, investors reminded us of the things we all know we got wrong over the past 16 years. Such as, we do not want a K-1, we want a 1099 and we want it before April 15th. The master feeder structure is expensive, and the tender process is taking too long for those who want to liquidate.

Hatteras has considered multiple options to provide liquidity for investors who want out while taking into consideration investors who want to remain in the Fund.

Our goal was to create a new Fund that does not rely on the tender process to provide liquidity. Where investors have a choice to take the net distributions each quarter or they can reinvest the distributions. A multi-class Fund that generates a 1099 instead of a K-1.

To get the structure right, there are two viable approaches: convert the existing Fund or start a new Fund. The problem with converting is it costs 4-5x more than starting a new Fund and will most likely take more than a year to complete. So, we have begun the process of creating a new Fund.

While in the process of setting up the new Fund, Hatteras was approached by a large institutional buyer to purchase 100% of the tendering investors' interest in the Fund and become an investor in the Fund.

We learned quickly you cannot do that in a partnership because you become a publicly traded partnership – and would be taxed as a corporation at the Fund level and investors would still be taxed at the investor level. Double taxed? We punted.

We continued to work with the same institutional buyer and legal counsel to find a solution.

As a result, Hatteras has entered into a plan of liquidation whereby the institutional investor will buy 100% of Core assets. And Hatteras is creating a new and improved Fund for investors.

Last Updated December 30, 2021

HATTERASINVESTMENTPARTNERS.COM / T: 919.846.2324 / F: 919.846.3433
8510 COLONNADE CENTER DRIVE / SUITE 150 / RALEIGH, NC 27615 – 3050

1. **What is a Plan of Liquidation?**
   - A Plan of Liquidation is intended to accomplish the complete liquidation and distribution of Fund assets.

2. **Who is the purchaser?**
   - Hatteras has partnered with a single, large institutional investor to provide liquidity for all Hatteras Core Alternatives Funds investors.
   - Hatteras cannot disclose the purchaser at this time.

3. **What is the discount amount of the transaction?**
   - The transaction has been negotiated at Net Asset Value as of December 31, 2021.
   - Due to the lag (up to a full calendar quarter) in getting capital account statements from the Fund managers, the December 31, 2021, Net Asset Value will be updated through March 10, 2022 to capture the full value of the underlying funds.

4. **Can I stay in the Fund?**
   - No, all investors will be liquidated in the current Fund.

5. **This is the first I am hearing of the Plan of Liquidation, when was this announced?**
   - The letter you received is the notification of the Plan of Liquidation and serves as the announcement.

6. **When will I get my money?**
   - At this time, we do not have a specific date. A secondary transaction of this size and complexity typically takes 6 to 9 months, and often longer, to complete.
   - As soon as possible after the Liquidation Date, when all of the Funds' investments are converted to cash, the Fund will make a final liquidating distribution equal to each Partner's proportionate interest in the net assets of the Fund.

7. **Why does it take so long to get my money?**
   - Due to the size of the portfolio, the large number of positions and the inherent illiquidity of alternative investments, particularly private investments, completing the transaction will involve a great deal of time, paperwork, and patience.
   - The Hatteras team will continue to work with the institutional buyer to expedite this process.

8. **Am I going to make any money on my investment during this time?**
   - Under the terms of the transaction, Fund investors will earn 5% per annum gross of Fund level fees through the Liquidation Date.

9. **What do I need to do to get my money?**
   - Instructions for liquidation are forthcoming and will be communicated to your Advisor on record.
   - Please contact your Advisor for additional information.

Last Updated December 30, 2021



HATTERASINVESTMENTPARTNERS.COM / T: 919.846.2324 /F: 919.846.3433

8510 COLONNADE CENTER DRIVE / SUITE 150 / RALEIGH, NC 27615 – 3050

10. **Will I continue to receive my capital account statements?**
    - Yes, Hatteras Core Alternative Fund investors will continue to receive monthly Capital Account Statements during the Plan of Liquidation.

11. **How and when will I receive updates regarding the Plan of Liquidation?**
    - Additional information will be made available to your Advisor on record.

12. **Will I receive cash, or will it be in-kind?**
    - Hatteras is currently applying best efforts with the institutional buyer for all investors to receive cash.

13. **Can I still tender?**
    - A Plan of Liquidation does not provide for the continuation of tender offers, which includes the 12/31/21 tender as well as all future tenders.
    - Liquidity will be provided to all investors at the same time.

14. **Why am I not receiving proceeds for the 12/31/2021 tender?**
    - The plan of liquidation transacted prior to the 12/31/21 tender Valuation Date and does not provide tender proceeds to be processed.

15. **Are you reducing your fees?**
    - Current fund terms will remain the same up to the Liquidation Date.
    - After the Liquidation Date, Hatteras will no longer charge a management fee.

16. **What are my tax implications?**
    - Hatteras cannot opine on tax matters. Please consult your Tax Advisor.

17. **Will I get a K-1 for 2021 in 2022?**
    - Yes, Hatteras will provide an estimated K-1 before April 15 and a final K-1 in late August for both 2021 and 2022.

18. **What happens if I need to make changes to my account during this time?**
    - At the early stages of executing the Plan of Liquidation, we do not anticipate any impact in working with the transfer agent on account changes.
    - We anticipate account transfers will be suspended as we approach the Liquidation Date.

**Additional Information**

Investors and Financial Advisors with additional questions are welcome to contact the Funds' service desk at ClientSupport@hatterasip.com or by calling 1-919-846-2324.

Last Updated December 30, 2021